UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OC COLUMBIA

In re                              )
                                   )
ANTONETTE YVONNE JEFFERSON,        )    Case No. 14-00565
                                   )    (Chapter 7)
                                   )    Not for Publication in
         Debtor.                   )    West's Bankruptcy Reporter

**FILED JUL 0 1 2015 Clerk, U.S. District and Bankruptcy Courts**

ADDENDUM TO QUESTIONS 18 AND 11 OF STATEMENT OF FINANCIAL AFFAIRS IN
<u>BANKRUPTCY PETITION</u>

| Beginning and End Date | EIN | Name | Nature of Business | Address |
|---|---|---|---|---|
| ~ May 2014 to Current | 47-1669902 | DC Elite AKA Alumnae Trust | Charitable Contributions | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |
| ~ May 2014 to Current | 47-1035859 | AYJefferson Enterprises | Legal, Educational and Artistic Services | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |
| ~ May 2014 to Current | 47-1682147 | Esquire Law Offices | Professional Law Firm providing Legal Services and Representation | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |
| ~ May 2014 to June 2015 | 47-1706131 | American Business Services-Medical Services | Medical Services—Dissolved. | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |
| ~ May 2014 to Current | 47-1694536 | SwordsNScalez | Artist Ratings and Reviews | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |
| ~ May 2014 to Current | 47-4066645 | Antonette Y. Jefferson, Inc. | Legal, Artistic, and Educational Consulting in Individual Name | 4501 Connecticut Avenue, NW, Suite 1107, Washington, DC 20008 |

**Note:** All businesses, other than American Business Services-Medical Services, are current. However, I have surrendered all Employee Identification numbers except 47-1682147 for Esquire Law Offices. All other business entity names are DBA's.

Please also note that the response to Question 11 is "None." As a result, no documents are to be submitted to append the petition.

Antonette Jefferson, Esq.
4501 Connecticut Avenue, NW, Suite 1107
Washington, DC 20008 *(202) 817-6663
antonettejeffersonlaw@gmail.com
DC Bar Association No.: 1016138