ostkdoc7 (04/10)



In Re: **Antonette Yvonne Jefferson**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **14–00565**
Chapter: **7**

**ORDER STRIKING DOCUMENT**
==========================

Debtor having failed to comply with this court's Order to File Amended Schedules to Include a Signed Declaration or Show Cause Why Schedules Ought not be Stricken (Dkt. No. 33), it is hereby

ORDERED that Schedules A–I (Dkt. No. 27) is STRICKEN.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the U.S. Trustee

_____

Dated: 7/9/15

For the Court: **Clerk of the Court**

By:
pm