**Fill in this information to identify your case:**

Debtor 1: Antinette Y Peterson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Columbia

Case number (if known): 14-00565

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing post-petition chapter 13 expenses as of the following date: MM / DD / YYYY
- [ ] A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?
   - [x] No. Go to line 2.
   - [ ] Yes. Does Debtor 2 live in a separate household?
      - [ ] No
      - [ ] Yes. Debtor 2 must file a separate Schedule J.

**FILED JUL 0 9 2015 Clerk, U.S. District and Bankruptcy Courts**

2. Do you have dependents?
   - [x] No
   - [ ] Yes. Fill out this information for each dependent...........

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | No / Yes |
   | | | No / Yes |
   | | | No / Yes |
   | | | No / Yes |
   | | | No / Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - [x] No
   - [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.        4. $ 3,338.00

   If not included in line 4:
   4a. Real estate taxes        4a. $ -0-
   4b. Property, homeowner's, or renter's insurance    4b. $ 12.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 20.00
   4d. Homeowner's association or condominium dues     4d. $ -0-

Official Form B 6J                Schedule J: Your Expenses                page 1

Debtor 1  Antunette Y Jefferson

Case number (if known) 14-00565

| | Your expenses |
|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0 |
| 6. Utilities: | |
| 6a. Electricity, heat, natural gas | 6a. $ 0 |
| 6b. Water, sewer, garbage collection | 6b. $ 0 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 150.00 |
| 6d. Other. Specify: | 6d. $ |
| 7. Food and housekeeping supplies | 7. $ 180.00 |
| 8. Childcare and children's education costs | 8. $ 0 |
| 9. Clothing, laundry, and dry cleaning | 9. $ 10.00 |
| 10. Personal care products and services | 10. $ 10.00 |
| 11. Medical and dental expenses | 11. $ 10.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 100.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ 50.00 |
| 14. Charitable contributions and religious donations | 14. $ 20.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $ 0 |
| 15b. Health insurance | 15b. $ 0 / $200.00 |
| 15c. Vehicle insurance | 15c. $ 100.00 |
| 15d. Other insurance. Specify: | 15d. $ 0 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0 |
| 17. Installment or lease payments: | |
| 17a. Car payments for Vehicle 1 | 17a. $ 0 |
| 17b. Car payments for Vehicle 2 | 17b. $ 0 |
| 17c. Other. Specify: | 17c. $ 0 |
| 17d. Other. Specify: | 17d. $ 0 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. $ 0 |
| 19. Other payments you make to support others who do not live with you. Specify: | 19. $ 0 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| 20a. Mortgages on other property | 20a. $ 0 |
| 20b. Real estate taxes | 20b. $ 0 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ 0 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ 0 |
| 20e. Homeowner's association or condominium dues | 20e. $ 0 |

Official Form B 6J                Schedule J: Your Expenses                page 2

Debtor 1  Antonette Y Jefferson            Case number (if known) 14-00565

21. Other. Specify: _____                                    21. +$  0

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                       22. $ 4200

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a. $ 476
    23b. Copy your monthly expenses from line 22 above.                     23b. -$ 4200
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                           23c. $ 3724

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.  Explain here: Unless Business increases significantly and there is an increase in overhead costs

B7 (Official Form 7) (04/13)

11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  6/26/2015          Signature of Debtor  [signature]

Date  N/A                Signature of Joint Debtor (if any)  N/A

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  N/A                Signature  N/A

                         Print Name and Title  N/A

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

—0— continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*