The document below is hereby signed.

Signed: August 14, 2016



_S. Martin Teel, Jr._
_United States Bankruptcy Judge_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ANTONETTE YVONNE JEFFERSON, | ) | Case No. 14-00565 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
WAIVING FEE FOR FILING MOTION TO REOPEN

The debtor's motion to reopen (Dkt. No. 42) includes a request to waive the fee for filing the motion to reopen. The debtor was granted a waiver of the filing fee for this case, and for such a debtor, the court may, under 28 U.S.C. § 1930(f)(2), waive other prescribed fees prescribed under § 1930(b), which includes the fee under Item 11 of the *Bankruptcy Court Miscellaneous Fee Schedule* for filing a motion to reopen.

In any event, Item 11 of the *Bankruptcy Court Miscellaneous Fee Schedule* provides that the court may waive the fee under appropriate circumstances. The debtor represents that she does not have the present ability to pay the fee for filing the motion to reopen. Even if she could pay the fee in installments, the case is not being reopened (for reasons explained in another

decision and order of this date), such that the misguided motion to reopen has gained the debtor nothing.  Moreover, if, as seems likely, the denial of the motion to reopen leads to the debtor's filing a new case in order for the debtor to obtain a discharge, she will be saddled with paying the filing fee for the new case if able to pay *that* fee in installments.  In these circumstances, the fee for filing the misguided motion to reopen ought to be waived.  It is

ORDERED that fee for filing the motion to reopen is waived.

[Signed and dated above.]

Copies to: Debtor.